# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **6:18-PO-5017-KLD** |
| **Plaintiff,** | **Violation: F5362316** |
| vs. | |
| **TOMMY L. CURRIER,** | **ORDER ESTABLISHING FINES AND FEES** |
| **Defendant.** | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the fine in the above-referenced case is set at $90.00 and the special assessment and processing fees are set at $40.00 for a total of $130.00.

Dated this 7th day of March, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1